

1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2724

FILED
FEB 16 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CR. NO. 2:12-CR-0061 WBS
                                )
            Plaintiff,          )   ORDER TO SEAL
       v.                       )   (UNDER SEAL)
                                )
GENNADIY YURKEVICH,             )
                                )
            Defendant.          )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney R. Steven Lapham to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: Feb 16, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1