UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 2, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:12-cr-00061-WBS |
| Plaintiff, ) | |
| v.                                             ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| GENNADIY YURKEVICH,              ) | |
| ) | |
| Defendant.                           ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Gennadiy Yurkevich</u>; Case <u>2:12-cr-00061-WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

__    Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $50,000, co-signed by defendant's parents.

__    Appearance Bond with 10% Deposit

__    Appearance Bond secured by Real Property

__    Corporate Surety Bail Bond

_X_   (Other) <u>Pretrial Supervision/Conditions,</u> to be released the morning of 3/5/12 to the custody of Pretrial Services, and then to be admitted to The Effort Drug Treatment Program.

Issued at <u>Sacramento, CA</u> on 3-2-2012 at 2:35 pm

By _____
Edmund F. Brennan
United States Magistrate Judge