UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>VERA KUZMENKO, NADIA KUZMENKO, aka NADIA REYES, AARON NEW, VENIAMIN MARKEVICH, aka BEN MARKEVICH, EDWARD SHEVTSOV, PETER KUZMENKO, SERGEY BLIZENKO, VANIK ATOYAN, RACHEL SIDERS, LEAH ISOM,<br><br>            Defendants. | Case No. CR S-11-0210 JAM<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>ZHORA DARMOYAN, MARAT GALOYAN, MARTIN ATOYAN, and KRISTINE ATOYAN,<br><br>            Defendant. | Case No. CR S-11-0467 JAM |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>IRINA MARKEVICH, ALEX MARKEVICH, ANATOLIY MARKEVICH, DANIIL MARKEVICH, SVENTLANA MARKEVICH, NATALYA MARKEVICH, DANIIL PIGLITSIN, SERGEY PUKHKAN, and | Case No. CR S-11-0490 JAM |

1

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  MARINA PUKHKAN,                    )
                                       )
 2                 Defendants.         )
                                       )
 3  ─────────────────────────────────
    UNITED STATES OF AMERICA,          )
                                       )
 4                 Plaintiff,          )
         v.                            )  Case No. CR S-12-061 WBS
 5                                     )
    GENNADIY YURKEVICH,                )
 6                                     )
                   Defendant.          )
 7                                     )
    ─────────────────────────────────
    UNITED STATES OF AMERICA,          )
 8                                     )
                   Plaintiff,          )
 9                                     )  Case No. CR S-12-062 JAM
         v.                            )
10                                     )
    ANNA KUZMENKO, aka ANNA SORKINA,   )
11                                     )
                   Defendant.          )
12                                     )
    ─────────────────────────────────
    UNITED STATES OF AMERICA,          )
13                                     )
                   Plaintiff,          )
14                                     )  Case No. CR S-12-063 WBS
         v.                            )
15                                     )
    PAVEL UDALOV,                      )
16                                     )
                   Defendant.          )
17                                     )
    ─────────────────────────────────
    UNITED STATES OF AMERICA,          )
18                                     )  Case No. CR S-12-067 KJM
                   Plaintiff,          )
19                                     )
         v.                            )
20                                     )
    TIMOFEY GURIN,                     )
21                                     )
                   Defendant.          )
22                                     )
                                       )
23  ─────────────────────────────────
    UNITED STATES OF AMERICA,          )
                                       )  Case No. CR S-12-068 MCE
24                 Plaintiff,          )
                                       )
25       v.                            )
                                       )
26  IRINA GEREZ,                       )
                                       )
27                 Defendant.          )
                                       )
28  ─────────────────────────────────  )
```

2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                 Plaintiff, ) | Case No. CR S-12-069 MCE |
| v. ) | |
| ANDREY ANDREYEV and VITALIY ANDREYEV, ) | |
|                 Defendants. ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(f) (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the actions denominated CR S-12-061 WBS, CR S-12-063 WBS, CR S-12-067 KJM, CR S-12-068 MCE and CR S-12-069 MCE be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in these reassigned cases *only* are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as CR S-12-061 JAM, CR S-12-063 JAM, CR S-12-067 JAM, CR S-12-068 JAM and CR S-12-069 JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  March 5, 2012          /s/ John A. Mendez_____
                                        JOHN A. MENDEZ
                                        United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com