**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Gennadiy Yurkevich

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Gennadiy Yurkevich,<br><br>　　　　Defendant | Case No.: Cr.S-12-61-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER**<br><br>DATE:　January 15, 2013<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. John A. Mendez |

**O R D E R**

Based on the Stipulation of the parties, the Status Conference is continued from January 15, 2013 to March 12, 2013 at 9:45 a.m.

**IT IS SO FOUND AND ORDERED** this 9th day of January, 2013.

　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　**JOHN A. MENDEZ**
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE