**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Gennadiy Yurkevich

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-12-61-JAM |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER** |
| Gennadiy Yurkevich, | |
| Defendant | DATE: April 23, 2013 |
| | TIME: 9:45 a.m. |
| | JUDGE: Hon. John A. Mendez |

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and defendant, Gennadiy Yurkevich by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on April 23, 2013.

2. By this stipulation, defendant now moves to continue the status conference until July 30, 2013 at 9:45 a.m. and to exclude time between April 23, 2013 and July 30, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the government and for the defendant are in the process of attempting to negotiate a disposition of the charges. Both counsel need more time to conduct further investigation and negotiations. Additionally, counsel for defendant has a murder jury trial scheduled at the end May and a pre-paid vacation from June 25, 2013 to July 17, 2013 and will be busy and then out of the country for a number of weeks, making the progress needed on the instant case impossible to accomplish without the requested continuance.

b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2013 to July 30, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:     April 19, 2013                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Michele Beckwith
                                             by Jan David Karowsky w/
                                             Ms. Beckwith's approval

                              by
                                             Michele Beckwith
                                             Assistant U.S. Attorney
                                             by Jan David Karowsky

DATED:     April 19, 2013                    JAN DAVID KAROWSKY
                                             Attorney at Law
                                             A Professional Corporation

                                             /s/ Jan David Karowsky

                              by
                                             JAN DAVID KAROWSKY
                                             Attorney for Defendant
                                             Gennadiy Yurkevich

# O R D E R

Based on the Stipulation of the parties, the status conference is continued to July 30, 2013 at 9:45 a.m.

**IT IS SO FOUND AND ORDERED** this 19th day of April, 2013.

                    /s/ John A. Mendez
                    **JOHN A. MENDEZ**
                    UNITED STATES DISTRICT COURT JUDGE