BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
MICHELE BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0061 JAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| GENNADIY YURKEVICH, | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through hIS counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on August 27, 2013 at 9:45 a.m.

2. By this stipulation, the parties move to continue the status conference until September 24, 2013, at 9:45 a.m. and to exclude time between August 27, 2013 and September 24, 2013 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has provided defense counsel with the discovery associated with this case, which includes voluminous records, including mortgage and bank records involving multiple transactions. The defense has recently provided additional documents to the government relevant to

1

trial and sentencing issues in the case, and the government needs additional time to review those materials.

      b.     Counsel for defendant has been reviewing previously disclosed discovery, discussing it with his client, and assessing potential trial and sentencing issues.

      c.     Additionally, government counsel and defense counsel have consulted their schedules, and September 24, 2013, is the first mutually agreeable, available date for a status conference.

      d.     Based on the foregoing, counsel need additional time, taking into account the exercise of due diligence, to review the materials described above, and otherwise effectively prepare for the disposition of this case.  Based on the Court's available calendars and the availability of the parties, the parties ask that the Court set this matter for a status conference on September 24, 2013, at 9:45 a.m. and that it find excludable time from August 27, 2013 through and including the September 24, 2013 status conference.   Because of the need for additional preparation outlined above, a denial of a continuance to September 24, 2013 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e.     Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2013 to September 24, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: 8/24/2013                                     /s/ Michele Beckwith
                                                     MICHELE BECKWITH
                                                     Assistant U.S. Attorney

DATED:  8/24/2013                                    /s/  Jan Karowsky
                                                     JAN KAROWSKY
                                                     Counsel for Gennadiy Yurkevich

**O R D E R**

IT IS SO FOUND AND ORDERED this 26th day of August, 2013.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE