**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Gennadiy Yurkevich

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Gennadiy Yurkevich,<br><br>        Defendant | Case No.: Cr.S-12-61-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER**<br><br>DATE:   January 6, 2015<br>TIME:   9:45 a.m.<br>JUDGE:  Hon. John A. Mendez |

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and defendant, Gennadiy Yurkevich, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on January 6, 2015.

2. By this stipulation, the government, joined by the defendant, now wishes to continue Judgment and Sentencing from January 6, 2015 to April 7, 2015.

3. The parties agree and stipulate, and request that the Court find the following:

a. The related case of U.S. v. Vera Kuzmenko, et. al., Cr.S-11-210-JAM is to commence jury trial on January 12, 2015.

b. Defendant, Gennadiy Yurkevich is a cooperating witness who is expected to testify at the trial of Vera Kuzmenko, et.al..

c. The government does not wish to have Mr. Yurkevich sentenced until after he has testified and the defense has no opposition to the continuance.

d. Both the government and the defense agree to continue Judgment and Sentencing to April 7, 2015.

**IT IS SO STIPULATED.**

DATED: January 2, 2015    BENJAMIN B. WAGNER
United States Attorney

/s/ Lee Bickley
by Jan David Karowsky w/
Ms. Bickley's approval

by
Lee Bickley
Assistant U.S. Attorney
by Jan David Karowsky

DATED: January 2, 2015    JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky

by
JAN DAVID KAROWSKY
Attorney for Defendant
Gennadiy Yurkevich

**O R D E R**

Based on the Stipulation of the parties, the date for Judgment and Sentencing is continued to April 7, 2015 at 9:30 a.m..

**IT IS SO FOUND AND ORDERED** this 2nd day of January, 2015.

/s/ John A. Mendez
**JOHN A. MENDEZ**
UNITED STATES DISTRICT COURT JUDGE