**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Gennadiy Yurkevich

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Gennadiy Yurkevich,<br><br>　　　　Defendant | Case No.: Cr.S-12-61-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:  April 7, 2015<br>TIME:   9:45 a.m.<br>JUDGE:  Hon. John A. Mendez |

### STIPULATION

   Plaintiff, United States of America, by and through its counsel of record, and defendant, Gennadiy Yurkevich, by and through his counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for Judgment and Sentencing on April 7, 2015.

2. By this stipulation, the government, joined by the defendant, now wishes to continue Judgment and Sentencing from April 7, 2015 to August 4, 2015.

3. The parties agree and stipulate, and request that the Court find the following:

    a. US v. Palmarchuk, a case in which Mr. Yurkevich is scheduled to testify, is set to begin June 22, 2015. AUSA Lee Bickley anticipates a three-week trial.

    b. The government does not wish to have Mr. Yurkevich sentenced until after he has testified and the defense has no opposition to the continuance.

    c. Both the government and the defense agree to continue Judgment and Sentencing to August 4, 2015.

**IT IS SO STIPULATED.**

DATED: April 2, 2015   BENJAMIN B. WAGNER
United States Attorney

/s/ Michele Beckwith
by Jan David Karowsky w/
Ms. Beckwith's approval

by
Michele Beckwith
Assistant U.S. Attorney
by Jan David Karowsky

DATED: April 2, 2015   JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky

by
JAN DAVID KAROWSKY
Attorney for Defendant
Gennadiy Yurkevich

**O R D E R**

Based on the Stipulation of the parties, the date for Judgment and Sentencing is continued to August 4, 2015 at 9:15 a.m.. **IT IS SO FOUND AND ORDERED** this 2nd day of April, 2015.

/s/ John A. Mendez
**JOHN A. MENDEZ**
UNITED STATES DISTRICT COURT JUDGE